IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA C. RESCHMAN,

       Plaintiff,

                                                          No. 2:13-cv-00816-KG-GBW

v.

FRONTERA PRODUCE, LTD, a Texas
Corporation, and PRIMUS GROUP, INC., d/b/a
"Primus Labs", a California corporation, and
WAL-MART STORES, INC., a Delaware
corporation,

       Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Unopposed Motion of Defendants Frontera Produce LTD and Primus Group, Inc. d/b/a Primus Labs for Dismissal with Prejudice, having reviewed the motion and being otherwise fully advised in these premises, the Court FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims which were asserted or which could have been asserted by Plaintiff Maria C. Reschman ("Plaintiff") against Defendants Frontera Produce LTD and Primus Group, Inc. in Plaintiff's Complaint and in all prior and subsequent complaints in this action, and all claims which were asserted or which could have been asserted by Defendants against each other in this action, are hereby dismissed with prejudice with each party bearing their respective costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, Frontera Produce LTD and Primus Group, Inc., being the remaining defendants in this action, this action is hereby dismissed with prejudice as to the entire action.

*[signature]*

UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO**:

MILLER STRATVERT P.A.

By:  /s/ *Robert A. Corchine*
  Robert A. Corchine
  rcorchine@mstlaw.com
*Attorneys for Defendant Frontera Produce LTD*
P.O. Box 25687
Albuquerque, NM 87125-0687
Ph:  (505) 842-1950
Fax:  (505) 243-4408


KAUFMAN BORGEEST & RYAN, LLP


By:  */s/ Vanessa Manolatou – approved 3/5/15*
  Vanessa Manolatou
  vmanolatou@kbrlaw.com
*Attorneys for Defendant Primus Group, Inc.*
*d/b/a Primus Labs*
23975 Park Sorrento, Suite 370
Calabasas, CA 91302-4022
Ph:   (818) 880-0992
Fax: (818) 880-0993

and

MADISON & MROZ, P.A.
M. Eliza Stewart
mes@madisonlaw.com
Michael J. Dekleva
Kelly S. Street
P.O. Box 25467
Albuquerque, NM 87125-5164
Ph:  (505) 242-2177
Fax:  (505) 242-7184

PRISTZKEROLSEN, P.A.

By: */s/ Elliot L. Olsen – approved 3/4/15*
    Elliot L. Olsen
    Elliot@pritzkerlaw.com
    Ryan M. Osterholm
*Attorneys for Plaintiffs*
45 South Seventh Street, #2950
Minneapolis, MN 55402-1652
Ph: (612) 338-0202
Fax: (612) 338-0104

and

J. HOLLINGTON & ASSOC.
J. Edward Hollington
Edward708@aol.com
708 Marquette Ave NW
Albuquerque, NM 87102-708
Ph: (505) 843-9171
Fax: (505) 843-7027